IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTIAN SCHRAMM,**

    **Plaintiff,**

  v.                              **No. CIV 15-187 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 20) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 19), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 21, 2015, to file a response, and Plaintiff shall have until January 7, 2016, to file a reply.

SIGNED __November 19___, 2015.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/19/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 11/19/15*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff