# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CHRISTIAN SCHRAMM,       ) | |
|         Plaintiff,       ) | |
|                          ) | |
| vs.                      ) | Civ. No. 15-187-SMV |
|                          ) | |
| CAROLYN W. COLVIN,       ) | |
| Acting Commissioner,     ) | |
| Social Security Administration, ) | |
|         Defendant.       ) | |

## ORDER

**IT IS HEREBY ORDERED THAT** upon consideration of Defendant's Unopposed Motion for Remand (Doc. 25), the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). On remand, the Commissioner will (1) re-evaluate the medical opinions of record, including those from Dr. Case, Dr. Naiman, Dr. Bohan, and Dr. Davis; and (2) as necessary, continue with the sequential evaluation process.

This case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58. The briefing schedule in this matter is vacated.

    SIGNED __January 13__, 2016.

                                    _____
                                    STEPHAN M. VIDMAR
                                    United States Magistrate Judge

2

SUBMITTED AND APPROVED BY:

*Electronically submitted 1/8/16*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 1/8/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff