IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTIAN MORRIS SCHRAMM,

    Plaintiff,

v.                                                                                                   No. 15-cv-0187 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

    Having granted Defendant's Unopposed Motion for Remand [Doc. 25] by Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

                                                                 _____
                                                                 **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**
                                                                   **Presiding by Consent**